### 12598. GREEN *el al. v.* YOUNG ZION BAPTIST CHURCH.

LUKE, J. " No action can be maintained against a religious society when sued as such, when such society has not been incorporated, nor had recorded its name and objects as provided by law. The members of such society are liable on its contracts as joint promisors or partners." *Thurmond* v. *Cedar Spring Baptist Church,* 110 *Ga.* 816 (36 S. E. 221), and cases cited. It was not error for the court to dismiss the plaintiff's petition upon the grounds of demurrer urged. ·

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED NOVEMBER 16, 1921.

Foreclosure of lien; from Richmond superior court — Judge Henry C. Hammond. May 17, 1921.

The petition names as defendant " the Young Zion Baptist Church," and alleges that " defendant is a Baptist church of

said State and county." The demurrer is upon the grounds, among others, that "there are no proper parties defendant," and that the petition "does not allege that defendant is a corporation, or, if not a corporation, name the members who compose the partnership."

*T. S. Lyons,* for plaintiff.

*C. H. & R. S. Cohen,* for defendant.